Opinion issued May 24, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00412-CV

———————————

In re Anne E. Kennedy, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          Attorney
Anne E. Kennedy has filed a petition for writ of mandamus, requesting that this
Court compel the trial court to grant her motion to withdraw as counsel of
record in the underlying case.[1] 

          We deny
the petition for writ of mandamus, and we deny the request for a
stay of trial proceedings.    

PER CURIAM

Panel
consists of Justices Jennings, Bland, and Massengale.

 











[1]
          The underlying case was pending
initially as Flooring Services of Texas
et al. v. Waterhill Companies Ltd. et al., No. 2008-09879, in the 129th
District Court of Harris County, Texas. 
The case has been transferred to the 215th District Court of Harris County,
Texas, the Honorable Steven E. Kirkland presiding.